UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Federal National Mortgage Association,<br><br>　　Plaintiff,<br><br>v.<br><br>Arnold H. McCrillis et al.,<br><br>　　Defendants,<br><br>and<br><br>New England Receivables, LLC et al.,<br><br>　　Parties in Interest. | Docket No. 2:23-CV-0031-LEW |

## Answer of Party in Interest New England Receivables, LLC

New England Receivables, LLC admits that it possesses the lien interest alleged in para. 31 of the complaint, and, being without knowledge of the other allegations there set forth, denies each of them.

　　March 3, 2023　　　　　　/S/ *Nicholas H. Walsh*
　　　　　　　　　　　　　　Nicholas H. Walsh,
　　　　　　　　　　　　　　Counsel for New England Receivables, LLC.

　　　　　　　　　　　　　　Nicholas H. Walsh P.A.
　　　　　　　　　　　　　　61 Old County Road
　　　　　　　　　　　　　　Freeport ME 04032

nwalsh@gwi.net

Federal bar no. 634

## Certificate of Service

I certify that I have on this date electronically filed the answer of New England Receivables, LLC with the Clerk of Court via ECF, which system will provide notice to the parties.

March 3, 2023  /S/ *Nicholas H. Walsh*
Nicholas H. Walsh,
Counsel for New England Receivables, LLC.

Nicholas H. Walsh P.A.
61 Old County Road
Freeport ME 04032
nwalsh@gwi.net

Federal bar no. 634